**N30(HC)**  JUDGMENT FOR CLAIMANT (DEFAULT HC)

Judgment for Claimant
(in default)

| | |
|---|---|
| To [Claimant][Defendant][Co-solicitor] | In the High Court of Justice QUEEN'S BENCH COMMERCIAL COURT   Division District Registry |
| | Claim No.   2010 FOLIO 1332 |
| | Claimant (Including ref.)   FLAME SA ref: GL/nmn/720/5 |
| | Defendant (Including ref.)   INDUSTRIAL CARRIERS INC. ref: unknown |
| | Date   13/12/10 |

[Seal  13 DEC 2010]

**To the Defendant**

You have not replied to the claim form.   US$ 17,250,625

It is therefore ordered that you shall pay the claimant ₤   for debt and interest to date of judgment and £   for costs
[less   which you have already paid]   US$ 13,216.43

You must pay to the claimant a total of   $ US$ 17,263,115 to or the Sterling equivalent at the time of payment

[by instalments of   £   per week [month]]

[the first payment to reach the claimant by   [and on or before the date each [week][month]
until the debt has been paid]

**Warning**

If you ignore this order your goods may be removed and sold, or other enforcement proceedings may be taken against you. If this happens further costs will be added. If your circumstances change and you cannot pay, ask at the court office what you can do.

**Notes for the defendant**

If you did reply to the claim form and believe judgment has been entered wrongly (in default) you may apply to the court office giving your reasons why the judgment should be set aside. An application form is available for you to use and you will need to pay a fee. A hearing may be arranged and you will be told when and where it will take place. If you or the layer your solicitor's business is in, another court's area, the claim may be transferred to that court.

**How to pay**

• Payment(s) must be made to the person named at the address for payment, giving the claimant's reference and claim number.
• DO NOT bring or send payments to the court — they will not be accepted
• You should allow at least 4 days for your payment to reach the claimant or his representative
• Make sure that you keep records and can be reached for all payments made. Proof may be required if there is any disagreement. It is not safe to send cash unless you use registered post

**Address for payment**

WATSON SCOTT LLP
Sr OLAVE'S HOUSE
IRONMONGER LANE
LONDON
EC2V 8EY
UK

The court office at   COMMERCIAL COURT REGISTRY, ROYAL COURTS OF JUSTICE, STRAND, LONDON, WC2A 2LL, UNITED KINGDOM,

is open between 10am and 4.30pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the claim number.

N30(HC) Judgment for Claimant (in default) January 2002   Crown copyright. Reproduced by Sweet & Maxwell Ltd.

1/SF   Civil Procedure numn 2 C. March 2002

[EXHIBIT 1]

# Request for judgment and reply to admission (specified amount)

**Complete section A or B.**

If you complete section A you must also confirm, where applicable, that particulars of claim have been served in accordance with the rules. .

In all cases you must complete sections C and D. If the defendant has given an address on the form of admission to which correspondence should be sent, which is different from the address shown on the claim form, you must tell the court.

Remember to sign and date the form. Your signature certifies that the information you have given is correct.

| In the | HIGH COURT OF JUSTICE, QUEEN'S BENCH DIVISION, COMMERCIAL COURT |
|---|---|
| Claim No. | 2010 Folio 1332 |
| Claimant (including ref) | FLAME SA Ref: GL/nma/720/5 |
| Defendant (including ref) | INDUSTRIAL CARRIERS INC Ref: unknown |

**A** ☑ The defendant has not filed an admission or defence to my claim

☑ I confirm that particulars of claim have been served on the defendant in accordance with the rules.

Now complete section C and all the judgment details at section D. Decide how and when you want the defendant to pay. You can ask for the judgment to be paid by instalments or in one payment.

**B** ☐ The defendant admits that all the money is owed

Tick only one box below and complete section C and all the judgment details at section D.

☐ I accept the defendant's proposal for payment

Say how the defendant intends to pay. The court will send the defendant an order to pay. You will also be sent a copy.

☐ The defendant has not made any proposal for payment

Say how you want the defendant to pay. You can ask for the judgment to be paid by instalments or in one payment. The court will send the defendant an order to pay. You will also be sent a copy.

☐ I do NOT accept the defendant's proposal for payment

Say how you want the defendant to pay. Give your reasons for objecting to the defendant's offer of payment on the back of this form. Send this form to the court with defendant's admission N9A. The court will fix a rate of payment and send the defendant an order to pay. You will also be sent a copy.

**C** Defendant's date of birth

☐ Defendant's date of birth is not stated in the form of reply but is known to the claimant as:

[ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

☐ Defendant's date of birth is not stated in the form of reply and is not known to the claimant

*(court stamp: 1 3 DEC 2010)*

**D** Judgment details

I would like the defendant to be ordered to pay:

☑ Immediately

☐ by instalments of £ [ ] per month

☐ in full by [ ] [ ] / [ ] [ ] / [ ] [ ] [ ] [ ]

| | |
|---|---|
| Amount of claim as admitted (including interest at date of issue) | US$ 17,209,625 + US$ 2,565,931.18 (inclu |
| Interest since date of claim (if any) Period from 15.11.10 to 10.12.10 Rate 2.26% (1 month US Libor + 2% commercial monthly) | US$ 94,915.04 |
| Court fees shown on claim | £1,530 US$ 2,421.7 |
| Solicitor's costs (if any) on issuing claim | £6,561.507 US$ 10,380.09 |
| **Sub Total** | US$ 19,902,601.92 |
| Solicitor's costs (if any) on entering judgment | £3,000 plus US$ 4,496.34 |
| **Sub Total** | US$ 19,907,117.36 |
| Deduct amount (if any) paid since issue | 0 |
| **Amount payable by defendant** | US$ 19,907,117.36 |

---

**I certify that the information given is correct.**

| Signed | *(signature)* | Position or office held | Partner, Winter Scott LLP |
|---|---|---|---|
| | (Claimant) (Claimant's solicitor) (Litigation-friend) | | (if signing on behalf of firm or company) |
| Date | 1 3 / 1 2 / 2 0 1 0 | | Please return the completed form to the court. |